UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| GREGORY WATERS, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | CASE NO.:  4:19-cv-02467-SNLJ |
| v. ) ) | Removed from the Circuit Court of St. Louis Co., State of |
| THE HOME DEPOT USA, INC., ) ) | Missouri 19SL-CC02121 |
| Defendant. ) | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

COMES NOW John C. Drake of the law firm Greensfelder, Hemker & Gale, P.C., ("Greensfelder") and hereby requests leave of Court to withdraw his appearance as counsel for Defendant The Home Depot USA, Inc.[1] In support of the motion, Mr. Drake states as follows:

1. John C. Drake is currently an attorney at Greensfelder, Hemker & Gale, P.C. and has entered his appearance as counsel of record for Defendant in this case.

2. Mr. Drake has accepted a new position and, as of October 18, 2019, will no longer be an attorney at Greensfelder.

3. Accordingly, Mr. Drake seeks to withdraw as counsel for Defendant in this case.

---

[1] Plaintiff improperly named The Home Depot USA, Inc. in his state court complaint. The Home Depot USA, Inc. does not exist, and Plaintiff presumably intended to name Home Depot U.S.A., Inc. ("Home Depot") as the defendant in this case.  Home Depot will address this issue at the appropriate time.

4. Defendant will not be prejudiced by this withdrawal. Defendant will continue to be represented by Greensfelder and its attorneys Russell K. Scott, Ronnie L. White II and Kathleen Howard along with S. Stewart Haskins, J. Andrew Pratt, and Misty L. Peterson of King & Spalding LLP.

WHEREFORE, John C. Drake respectfully requests that the Court grant this request for leave to withdraw as counsel for Defendant and that Mr. Drake be removed from the Electronic Case Filing Service List for this case.

Dated: October 17, 2019                    GREENSFELDER, HEMKER & GALE, P.C.

By   /s/ *John C. Drake*
Russell K. Scott, #26695MO
rks@greensfelder.com
12 Wolf Creek Drive, Suite 100
Belleville, Illinois 62226
Telephone: 618.257.7308
Facsimile: 618.257.7353

John C. Drake, #64822MO
jdrake@greensfelder.com
Ronnie L. White II, #67165MO
rwhite@greensfelder.com
Kathleen M. Howard, #71007MO
khoward@greensfelder.com
10 South Broadway, Suite 2000
St. Louis, Missouri 63102
Telephone: (314) 241-9090
Facsimile: (314) 345-5465

*Attorneys for Defendant*
*The Home Depot USA, Inc.*

        KING & SPALDING LLP

        S. Stewart Haskins (*pro hac vice* motion forthcoming)
shaskins@kslaw.com
J. Andrew Pratt (*pro hac vice* motion forthcoming)
apratt@kslaw.com
Misty L. Peterson (*pro hac vice* motion forthcoming)
mpeterson@kslaw.com
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile:  (404) 572-5100

*Attorneys for Defendant*
*The Home Depot USA, Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on this 17th day of October, 2019, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF System.

        /s/ *John C. Drake*

1821087