**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| GREGORY WATERS, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 4:19-cv-02467-SNLJ |
| v. | ) ) | Removed from the Circuit Court of St. Louis Co., State |
| THE HOME DEPOT USA, INC., | ) ) ) | of Missouri 19SL-CC02121 |
| Defendant. | ) | |

**<u>JOINT NOTICE OF SETTLEMENT IN PRINCIPLE</u>**

Plaintiff, Gregory Waters ("Plaintiff"), and Defendant Home Depot U.S.A., Inc. ("Home Depot"), (together, "the Parties"), by and through their respective counsel, hereby jointly and respectfully notify the Court that the Parties have reached an agreement in principle to resolve this matter. The Parties are currently working on negotiating and drafting a settlement agreement.

In light of these developments, the Parties respectfully request that the deadline for Home Depot's response to Plaintiff's Complaint, which is currently due June 9, 2020, as well as any other deadlines, be held in abeyance pending finalization of the settlement. The Parties anticipate filing a dismissal of this matter within forty-five (45) days.

This request is not made for the purpose of delay or harassment, and no party will be prejudiced by holding the deadline for Home Depot's response to Plaintiff's Complaint, or any other deadlines, in abeyance. Plaintiff's counsel has been consulted

and has no objection to this Joint Notice. This is Home Depot's fifth overall request for an extension of time to answer or otherwise respond to the Complaint.

WHEREFORE, the Parties respectfully request that the Court hold in abeyance Home Depot's response to Plaintiff's Complaint, as well as any other deadlines, and permit the parties to have forty-five (45) days to finalize the settlement and file a dismissal.

Respectfully submitted this 9th day of June, 2020.

<div style="margin-left:3em">

GREENSFELDER, HEMKER & GALE, P.C.

By   /s/ *Russell K. Scott*
Russell K. Scott, #25410
rks@greensfelder.com
12 Wolf Creek Drive, Suite 100
Belleville, Illinois 62226
Telephone: (618) 257-7308
Facsimile: (618) 257-7353

Ronnie L. White II, #67165MO
rwhite@greensfelder.com
Kathleen M. Howard, #71007MO
khoward@greensfelder.com
10 South Broadway, Suite 2000
St. Louis, Missouri 63102
Telephone: (314) 241-9090
Facsimile: (314) 345-5465

*Attorneys for Defendant
Home Depot U.S.A., Inc.*

</div>

**Consented to by:**

s/ Daniel J. Orlowsky (*w/ express permission*)
Daniel J. Orlowsky
Orlowsky Law, LLC
7777 Bonhomme, Suite 1910
St. Louis, Missouri 63105

Phone: (314) 725-5151
Fax: (314) 725-5161
dan@orlowskylaw.com

Adam M. Goffstein
Goffstein Law, LLC
7777 Bonhomme, Suite 1910
St. Louis, Missouri 63105
Phone: (314) 725-5151
Fax: (314) 725-5161
adam@goffsteinlaw.com

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing has been served on the parties of record by using the Court's CM/ECF system on this 9th day of June, 2020, to:

Daniel J. Orlowsky
Orlowsky Law, LLC
7777 Bonhomme, Suite 1910
St. Louis, Missouri 63105
Phone: (314) 725-5151
Fax: (314) 725-5161
dan@orlowskylaw.com

Adam M. Goffstein
Goffstein Law, LLC
7777 Bonhomme, Suite 1910
St. Louis, Missouri 63105
Phone: (314) 725-5151
Fax: (314) 725-5161
adam@goffsteinlaw.com

                                          /s/      *Russell K. Scott*