UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREGORY WATERS, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) Case No.: 4:19-CV-02467-SNL |
| v. | ) ) ) |
| THE HOME DEPOT USA, INC., | ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY stipulated to and agreed by and between Plaintiff, Gregory Waters, and Defendant, The Home Depot USA, Inc., by and through their respective undersigned counsel, that the above-styled action is dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

Dated this 26th day of August, 2020.

Respectfully submitted,

SO ORDERED this 31st day of August, 2020

GOFFSTEIN LAW, LLC

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

/s/ Adam M. Goffstein
Adam M. Goffstein, #45611MO
7777 Bonhomme, Suite 1910
St. Louis, Missouri 63105
Phone: (314) 725-5151
Fax: (314) 445-7278
adam@goffsteinlaw.com

Attorney for Plaintiffs

ORLOWSKY LAW, LLC

/s/ Daniel J. Orlowsky
Daniel J. Orlowsky, #57387MO
7777 Bonhomme, Suite 1910
St. Louis, Missouri 63105
Phone: (314) 725-5151
Fax: (314) 725-5161
dan@orlowskylaw.com

Attorney for Plaintiffs

GREENSFLDER, HEMKER & GALE,PC

/s/Russell K. Scott    by consent
Russell K. Scott, #26695
12 Wolf Creek Drive, Ste. 100
Belleville, IL 62226
Telephone: 618-257-7308
Facsimile: 618-257-7353
dmh@greensfelder.com

John C. Drake, #64822
Kathleen M. Howard, #71007
10 South Broadway, Suite 2000
St. Louis, Missouri 63102
Telephone: 314-241-9090
Facsimile: 314-345-5465
jdrake@greensfelder.com
Khoward@greensfelder.com

Attorneys for Defendant
The Home Depot USA, Inc.